**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LEROY ANTONIO WILSON** | &#124; |
| **Plaintiff,** | &#124; |
| | &#124;    **CIVIL ACTION NO. 05-CV-2997** |
| **v.** | &#124; |
| | &#124; |
| **JAMIE O'NEILL, ET AL.** | &#124; |
| **Defendants.** | &#124; |

**ORDER**

    **AND NOW**, this 3rd day of January, 2006, upon consideration of Plaintiff's Petitions to Appoint Counsel (Docs. 3, 14, 25, 29), **IT IS HEREBY ORDERED and DECREED** that Plaintiff's Petitions are **DENIED**.[1]

    Upon consideration of Plaintiff's Request to Command Involved Parties to Send Requested Documents (Doc. 14) and Plaintiff's Petition to Command Defendants' Attorney to Turn Over Pictures of Plaintiff, **IT IS HEREBY ORDERED and DECREED** that the Petitions are **DISMISSED WITHOUT PREJUDICE**.[2] Plaintiff's Petition for an Update on Pending § 1983 Civil Rights Complaint (Doc. 14) is **DENIED AS PROCEDURALLY IMPROPER**.

    Upon consideration of Plaintiff's Renewed Petition for Change of Venue Concerning Custody & Confinement (Doc. 15) and Petition to Review Docket #7 and Re-rule on the Said Petition (Doc. 22), **IT IS HEREBY ORDERED and DECREED** that the Petitions are **DENIED**.[3]

    Upon consideration of Plaintiff's Petition to Order a Lean [sic] Against All Defendants' Assets (Doc. 18), **IT IS HEREBY ORDERED and DECREED** that Plaintiff's Petition is **DENIED**.

---

[1] Plaintiff is not entitled to representation by counsel. Appointment of counsel in a civil matter is done on a voluntary basis. If in fact Plaintiff hires an attorney to represent him in this matter, that attorney must file an appearance with this Court.

[2] The parties have not appeared before this Court for a Rule 16 Scheduling Conference, wherein this Court sets the parameters for discovery. Plaintiff's Motion is therefore filed prematurely. Plaintiff may re-file the above-mentioned motion at the appropriate time.

[3] This Court remains without jurisdiction to change Plaintiff's place of confinement, when that confinement is within a state facility.

Upon consideration of Plaintiff's Petition to Enter a Default Judgment Against Defendants (Doc. 30), and Defendants' Response thereto (Doc. 32), **IT IS HEREBY ORDERED and DECREED** that Plaintiff's Petition is **DENIED**.

Upon consideration of Plaintiff's Request for an Extension of Time to Settle the Case (Doc. 31), **IT IS HEREBY ORDERED and DECREED** that the Petition is **DISMISSED WITHOUT PREJUDICE**.[4]

**IT IS FURTHER ORDERED** that Defendants', Pennsylvania Board of Probation & Parole, Dennis Powell, and Scott Dominick, Motion to Dismiss Plaintiff's Complaint (Doc. 34) is **GRANTED AS UNOPPOSED**[5] as follows:

1. **JUDGMENT IS ENTERED** in favor of Defendants, Pennsylvania Board of Probation & Parole, Dennis Powell, and Scott Dominick, and against Plaintiff.

2. Plaintiff is granted leave to file a response to Defendants' Motion within ten (10) days of the date of this Order, on or before **January 13, 2006**. If Plaintiff does file a response, the Complaint (Doc. 1) and Motion to Dismiss (Doc. 34) shall be reinstated.


**BY THE COURT:**


_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[4]The parties have not appeared before this Court for a Rule 16 Scheduling Conference, wherein this Court sets the case management timetable. Plaintiff's Motion is therefore filed prematurely. Plaintiff may re-file the above-mentioned motion at the appropriate time.

[5]*Pro se* Plaintiff was served with the above-mentioned motion by first-class mail on November 1, 2005. Plaintiff had seventeen (17) days to respond. As of January 3, 2006, no response from Plaintiff was filed with this Court.